# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

Jason Lee Sutton,

_____
_Plaintiff_ )
v. )
)
Washington State Department of Corrections, et al., )
)

_____
_Defendant_

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 18, 2017

SEAN F. McAVOY, CLERK

Civil Action No.   4:15-cv-05123-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:   Defendants' Motion for Summary Judgment (ECF No. 70) is GRANTED.
Judgment is entered for Defendants'.

This action was _(check one)_:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ STANLEY A BASTIAN _____ on a motion for
summary judgment.

Date:   10/18/2017

_____

_CLERK OF COURT_

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
_(By) Deputy Clerk_

Tonia Ramirez
_____